**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIDGEPORT ENTERPRISES INC and
MACROPOWER DEVELOPMENT LTD,

    Plaintiffs,

v.                                                    Case No: 8:13-cv-833-T-30MAP

VALCOM INC, TERESA VELLARDITA
and VINCENT VELLARDITA,

    Defendants.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before this Court *sua* sponte.  A review of the file reveals that Plaintiffs have failed to respond or comply with this Court's Order (Dkt. #62) issued on August 28, 2013, which required Plaintiffs to show cause why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, and for failure to file a written designation and consent-to-act on the part of some member of the Bar of this Court, a resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of this case, including trial in default of the non-resident attorney, pursuant to Local Rule 2.02(a).  Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

       3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of September, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2013\13-cv-833 dismissal.docx